# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NORMAN SANDERS

NO. 2022 KW 1184

**JANUARY 17, 2023**

---

In Re:    Norman Sanders, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 197186.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.**  The district court is ordered to proceed toward disposition of relator's motion to correct an illegal sentence, filed April 28, 2022, if it has not already done so.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT